IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

VIVIAN DANCER                                                                                              PLAINITIFF

VS.                                                                                                    No. 1:04CV306-D-D

BRYCE CORPORATION                                                                                   DEFENDANT

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's motion for summary judgment (docket entry 43) is GRANTED; and

(2) this case is CLOSED.

All itemizations, declarations, and other materials considered by this Court in ruling on this motion are hereby incorporated into and made a part of the record of this action.

SO ORDERED, this the 4th day of April 2006.

/s/ Glen. H. Davidson
Chief Judge